JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
DANIEL M. PASTOR (State Bar No. 297948)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
Email: jknowles@cpdb.com
        jgreer@cpdb.com
        dpastor@cpdb.com

JULIA HARUMI MASS (State Bar No. 189649)
ANGÉLICA H. SALCEDA (State Bar No. 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org
        asalceda@aclunc.org

Attorneys for Plaintiff J.I.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| J.I., an individual, | Case No. 1:18-at-00185 |
| Plaintiff, | NOTICE OF REQUEST TO SEAL DOCUMENT |
| v. | |
| UNITED STATES OF AMERICA; UNKNOWN CUSTOMS AND BORDER PROTECTION OFFICER 1, UNKNOWN CUSTOMS AND BORDER PROTECTION OFFICER 2, CUSTOMS AND BORDER PROTECTION OFFICER JACOB, in their individual capacities; and DOES 1-10, inclusive, | Trial Date:      None Set |
| Defendants. | |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiff J.I. ("Plaintiff") will request to seal the unredacted Declaration of Angélica H. Salceda dated March 15, 2018.  This Declaration contains the full legal name of Plaintiff.  As set forth in Plaintiff's Administrative Motion To Proceed With Partial Anonymity filed herewith, Plaintiff should be permitted to proceed with anonymity with respect to the public, as she was a minor at the time the incidents that form the bases of her claims occurred, and she risks significant harassment and humiliation from her extended family, high school peers, and the public should her name be revealed.

An order granting leave to proceed anonymously is appropriate "when anonymity is necessary 'to preserve privacy in a matter of [a] sensitive and highly personal nature . . . .'" *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) (quoting *James v. Jacobson*, 6 F.3d 233, 238 (4th Cir. 1993)).  Cases involving assault of a minor are "of a highly sensitive and personal nature" that "allow for the use of a fictitious name."  *Doe v. Lee*, No. C 13–04029 LB, 2014 WL 630936, at *2 (N.D. Cal. Feb. 18, 2014).  "A plaintiff generally may proceed under initials or a pseudonym when asserting a claim based on sexual abuse or assault, especially where the plaintiff was a minor when the assault allegedly occurred."  *N.S. by and Through Marble v. Rockett*, No. 3:16–cv–2171–AC, 2017 WL 1365223, at *2 (D. Or. Apr. 10, 2017) ("*Rockett*").

As the unredacted Declaration of Angélica H. Salceda contains Plaintiff's full legal name, Plaintiff respectfully requests that this document be sealed.

Plaintiff's Request to Seal Documents, proposed order thereon, and the unredacted Declaration of Angélica H. Salceda have been submitted to the Clerk of the Court and the United States Attorney for the Eastern District of California on this date by hand delivery.  The remaining defendants have not been served with these documents, as their identities and whereabouts are as yet unknown.

/ / /

/ / /

/ / /

**NOTICE OF REQUEST TO SEAL DOCUMENT**
**Case No. 1:18-at-00185**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1   DATED: March 15, 2018

2

3                                        Respectfully submitted,

4                                        COBLENTZ, PATCH, DUFFY & BASS LLP

5                              By:

6                                        /s/ *Jeffrey G. Knowles*

7                                        Jeffrey G. Knowles
                                         Attorneys for Plaintiff J.I.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF REQUEST TO SEAL DOCUMENT**
**Case No. 1:18-at-00185**

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663