# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I., | Case No. 1:18-cv-00363-LJO-SAB |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO SEAL |
| v. | (ECF No. 3) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On March 15, 2018, Plaintiff filed this action and a motion to proceed with partial anonymity. (ECF Nos. 1, 2.) Plaintiff filed a notice of request to seal documents on March 15, 2018. (ECF No. 3.)

Courts have long recognized a "general right to inspect and copy public records and documents, including judicial records and documents." Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 & n. 7 (1978)). Nevertheless, this access to judicial records is not absolute. Kamakana, 447 F.3d at 1172. The court has recognized a category of documents that is not subject to the right of public access because the documents have "traditionally been kept secret for important policy reasons." Times Mirror Co. v. United States, 873 F.2d 1210, 1219 (9th Cir. 1989). Since resolution of disputes on the merits "is at the heart of the interest in ensuring the 'public's understanding of the judicial process and of significant public events[,]' . . . 'compelling reasons'

1   must be shown to seal judicial records attached to a dispositive motion." <u>Kamakana</u>, 447 F.3d at

2   1179.  However, for requests to seal documents attached to a nondispositive motion, a party is

3   "required to show good cause for documents attached to a nondispositive motion." <u>Pintos v.</u>

4   <u>Pacific Creditors Ass'n</u>, 605 F.3d 665, 677-78 (9th Cir. 2009).

5         Here, Plaintiff seeks to seal the one-page, unredacted March 15, 2018 declaration of

6   Angelica H. Salceda that is in support of Plaintiff's motion to proceed with partial anonymity.

7   This declaration contains the full legal name of Plaintiff.  Plaintiff asserts that she should not

8   have to disclose her full name to the public because she was a minor at the time of the alleged

9   incidents.  Plaintiff's claims involve allegations of sexual assault.  She contends that disclosure

10  of her identity may cause emotional and psychological harm to her.  She asserts that she risks

11  significant harassment and humiliation from her extended family, high school peers, and the

12  public should her name be revealed.

13        The Court finds that Plaintiff has shown good cause to seal her full name in the March

14  15, 2018 declaration of Angelica H. Salceda.  However, the declaration that Plaintiff is seeking

15  to seal contains more than just Plaintiff's full name and there has been no justification to seal the

16  declaration in its entirety.  Therefore, the Court finds that the motion to seal shall be granted in

17  part, and the unredacted March 15, 2018 declaration of Angelica H. Salceda shall be sealed.

18  Only the Court and the parties will have access to this sealed declaration.  However, Plaintiff

19  shall redact her name from the declaration and file the redacted declaration on the public docket.

20  The Court notes that there is nothing in the request to seal itself that warrants the request be

21  sealed.  In fact, much of the information in the request to seal is also in the notice of request to

22  seal, which was filed on the public docket.  Therefore, Plaintiff shall also file the request to seal

23  on the public docket.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   Plaintiff's request to seal a document is GRANTED in part;

3   2.   The unredacted March 15, 2018 declaration of Angelica H. Salceda shall be filed

4        under seal with only the parties and the Court having access to it.  Plaintiff shall

5        comply with Local Rule 141(e)(2)(i); and

6   3.   Plaintiff shall file the request to seal and the redacted March 15, 2018 declaration

7        of Angelica H. Salceda on the public docket on or before March 21, 2018.

8

9   IT IS SO ORDERED.

10  Dated:   **March 16, 2018**   _____

                                    UNITED STATES MAGISTRATE JUDGE