# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00363-LJO-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>DEADLINE: MAY 18, 2018<br><br>(ECF No. 16) |

On May 15, 2018, Defendant United States of America ("Defendant") filed a motion to continue the scheduling conference and set the motion for May 30, 2018. (ECF No. 16.) The Court notes that the hearing date does not comply with Local Rule 230, which requires that a motion be set for hearing at least twenty-eight days after the filing of the motion. Defendant states that the parties will file the joint statement as required by Local Rule 251. However, Local Rule 251 applies to discovery disagreements. Based on a review of the motion and the court file, IT IS HEREBY ORDERED that Plaintiff shall file an opposition or statement of non-opposition to Defendant's motion to continue the scheduling conference on or before May 18, 2018.

IT IS SO ORDERED.

Dated: __May 16, 2018__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1