# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00363-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE THE MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>ORDER VACATING MAY 30, 2018 HEARING<br><br>(ECF Nos. 16, 18) |

    On May 15, 2018, Defendant United States of America filed a motion to continue the scheduling conference and set it for hearing on May 30, 2018. (ECF No. 16.) On May 16, 2018, the Court ordered Plaintiff to file an opposition or statement of non-opposition. (ECF No. 17.) On May 17, 2018, Defendant United States of America filed a notice of withdrawal of the motion to continue the scheduling conference. (ECF No. 18.)

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate the motion to continue the scheduling conference (ECF No. 16). The hearing set for May 30, 2018, is vacated and the parties are not required to appear at that time.

IT IS SO ORDERED.

Dated: __**May 17, 2018**__

                                                    UNITED STATES MAGISTRATE JUDGE

1