# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00363-LJO-SAB<br><br>ORDER RE STIPULATION EXTENDING DEFENDANT UNITED STATES OF AMERICA'S RESPONSIVE PLEADING DEADLINE, CONTINUING THE SCHEDULING CONFERENCE, AND SETTING DEADLINES RE INDIVIDUAL DEFENDANTS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JUNE 28, 2018, AT 2:00 P.M.<br><br>(ECF No. 20) |

On May 18, 2018, Plaintiff and Defendant United States of America filed a stipulation to extend Defendant United States of America's deadline to file a responsive pleading, to continue the scheduling conference, and to set deadlines for Defendant United States of America to provide information about the three individual defendants to Plaintiff and for Plaintiff to dismiss the three individual defendants if this Court does not have personal jurisdiction over the individual defendants. (ECF No. 20.)

Pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. Defendant United States of America shall file a responsive pleading on or before **June 8, 2018**;

1

2. The joint scheduling conference set for June 4, 2018, is continued to **June 28, 2018, at 2:00 p.m. in Courtroom 9**. The parties shall file a joint scheduling report by **June 21, 2018**. The parties shall conduct their Rule 26(f) conference by **June 15, 2018**;

3. Defendant United States of America shall provide Plaintiff with the full legal names of the three individual defendants and sworn statements regarding the individuals' residence and contacts with California by **May 25, 2018**; and

4. Plaintiff will dismiss without prejudice the three individual defendants by **June 1, 2018**, if the information provided by Defendant United States of America reveals that this Court does not have personal jurisdiction over the individual defendants.

IT IS SO ORDERED.

Dated: **May 18, 2018**

UNITED STATES MAGISTRATE JUDGE