# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-00363-LJO-SAB <br><br> ORDER DIRECTING CLERK OF THE COURT TO TERMINATE DANIEL PASTOR AS COUNSEL OF RECORD FOR PLAINTIFF <br><br> (ECF No. 26) |

Plaintiff J.I. filed this action against the United States and several Customs and Border Protections Officers on March 15, 2018. On June 15, 2018, counsel Daniel Pastor filed a notice of withdrawal as counsel. Plaintiff remains represented by other counsel in this action. Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Daniel Pastor as counsel for Plaintiff in this matter.

IT IS SO ORDERED.

Dated: **June 18, 2018**

UNITED STATES MAGISTRATE JUDGE

1