1  JEFFREY G. KNOWLES (State Bar No. 129754)
   JULIA D. GREER (State Bar No. 200479)
2  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
3  San Francisco, California 94104-5500
   Telephone: (415) 391-4800
4  Facsimile: (415) 989-1663
   Email: jknowles@cpdb.com
5         jgreer@cpdb.com

6
   JULIA HARUMI MASS (State Bar No. 189649)
7  ANGÉLICA H. SALCEDA (State Bar No. 296152)
   AMERICAN CIVIL LIBERTIES UNION
8  FOUNDATION OF NORTHERN CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, California 94111
   Telephone: (415) 621-2493
10 Facsimile: (415) 255-8437
   Email: jmass@aclunc.org
11        asalceda@aclunc.org

12
   Attorneys for Plaintiff J.I.
13

14                **UNITED STATES DISTRICT COURT**

15            **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

16

17  J.I., an individual,                | Case No. 1:18-cv-00363-LJO-SAB

18         Plaintiff,                    | **STIPULATION AND ORDER RE: STAY OF UNITED STATES OF AMERICA'S MOTION TO DISMISS; LIMITED DISCOVERY SCHEDULE; AND CONTINUING SCHEDULING CONFERENCE**

19      v.

20  UNITED STATES,

21         Defendant.

22                                       | Judge:      Lawrence J. O'Neill
                                         | Trial Date: None Set

JOINT STIPULATION AND [PROPOSED] ORDER

1

Plaintiff J.I. and Defendant United States of America hereby file this Joint Stipulation and Proposed Order under Civil L.R. 143 to stay Defendant's Motion to Dismiss ("Motion") (ECF No. 24) to allow the parties to conduct limited discovery on items relevant to the issues pending in the Motion and to extend the Fed. R. Civ. P. 26(f) deadlines and Mandatory Scheduling Conference set forth in this Court's Minute Order (ECF No. 25).

In support of this Stipulation and Proposed Order, J.I. and the United States of America state the following:

(1) Plaintiff J.I. filed a complaint on March 15, 2018. ECF No. 1.

(2) Plaintiff served the Complaint on the United States on March 19, 2018, rendering the United States of America's response to the Complaint due by May 18, 2018. *See* ECF No. 12; Fed. R. Civ. P. 12(a)(2).

(3) Counsel for Plaintiff and counsel for Defendant filed a Joint Stipulation for an Order under Civil L.R. 143 and 144 to extend Defendant's deadline to respond to Plaintiff's Complaint. ECF No. 20. This Court ordered Defendant to file a responsive pleading to the Complaint on or before June 8, 2018. ECF No. 21.

(4) Defendant filed a Notice of Motion and Motion to Dismiss on June 8, 2018. ECF No. 24. Defendant's Motion argues that Plaintiff's fourth cause of action is barred by the discretionary function exception to the Federal Tort Claims Act ("FTCA").

(5) Under Civil L.R. 230, Plaintiff's opposition to the motion would be due June 25, 2018, no less than 14 days preceding the currently-noticed hearing date of July 9, 2018.

(6) Plaintiff seeks limited discovery relevant to the discretionary function exception to oppose Defendant's Motion.

(7) Due to Defendant's pending Motion, this Court reset the Mandatory Scheduling Conference from June 28, 2018 to September 4, 2018. ECF No. 5.

THEREFORE, the Parties stipulate to and request that the Court order the following schedule:

(a) Defendant's Motion will be stayed to allow the parties to conduct limited discovery.

(b) The parties may engage in limited discovery, relevant to whether the discretionary function exception to the FTCA bars Plaintiff's fourth cause of action, until **August 17, 2018**.

(c) Plaintiff will file her amended complaint or inform Defendant that Plaintiff will rely on her initial Complaint (ECF No. 1) by **August 31, 2018**.

(d) Defendant may file a new motion, re-notice the original motion (ECF No. 24), or answer the Complaint by **September 14, 2018**.

(e) All other discovery is stayed pending resolution of Defendant's discretionary function exception motion. The deadlines for the Rule 26(f) conference, Joint Scheduling Report, and the Mandatory Scheduling Conference are continued to a date convenient to the Court's calendar.

        Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

By: */s/ Angélica H. Salceda*
    Angélica H. Salceda
    Attorneys for Plaintiff J.I.

McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
    Philip A. Scarborough
    Assistant United States Attorney

### ORDER

Good cause having been shown, the Parties' stipulation is approved. The Clerk of Court is directed to administratively terminate the pending motion to dismiss, ECF No. 24, subject to re-noticing by Defendant. The hearing on that motion, currently set for July 9, 2018, is VACATED.

IT IS SO ORDERED.

Dated: **June 25, 2018**      /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE