McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | CASE NO. 1:18-CV-00363-LJO-SAB <br><br> DECLARATION OF FERNANDO SAUCEDO III |

I, Fernando Saucedo III, declare as follows:

1. I am a Border Patrol Agent for the United States Customs and Border Protection. I have held this position since May 14, 2012. I have been named in the complaint in this action as Unknown Customs and Border Protection Officer 1. I provide this declaration for the express purpose of demonstrating that I am not subject to personal jurisdiction in the United States District Court for the Eastern District of California for this matter.

2. My regular duty station is Presidio Border Patrol Station located in Presidio, Presidio County, Texas. I have been assigned to work at this location since May 14, 2012. I regularly report to work at this station, and my work-related duties are all performed at or near this location.

3. I reside in Presidio, Texas, and have resided there since October 20, 2012. I have a Texas driver's license. I have never resided in the State of California.

4. I have no business interests in California. I do not own any property located in California.

DECLARATION OF FERNANDO SAUCEDO III            1

5. I have never visited California.

6. I have no other contacts with the State of California.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this Tuesday of May 22, 2018, at Presidio, Texas.

_____
Fernando Saucedo III

DECLARATION OF FERNANDO SAUCEDO III                              2