McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I., | CASE NO. 1:18-CV-00363-LJO-SAB |
| Plaintiff, | JOINT STIPULATION AND ORDER TO CONTINUE BRIEFING AND HEARING ON UNITED STATES' MOTION TO CHANGE VENUE |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff J.I. and defendant the United States jointly stipulate as follows.

On July 27, 2018, the United States filed a motion to change the venue of this action to the United States District Court for the Western District of Texas. ECF 32.

On August 7, 2018, the Court stayed the limited discovery underway until the motion to change venue was resolved. ECF 39.

On August 13, 2018, J.I. filed an opposition to the motion to change venue. ECF 40.

On August 20, 2018, the Court approved the parties' stipulation to continue the deadline for the United States to file a reply in support of the motion to change venue to September 13, 2018, and the hearing on that motion until September 20, 2018, at 8:30 a.m., so the parties could discuss the possibility of a negotiated resolution to this litigation.

On September 14, 2018, the Court approved the parties' stipulation to continue the deadline for the United States to file a reply in support of the motion to change venue to September 20, 2018, and the hearing on that motion until September 27, 2018, at 8:30 a.m., so the parties could continue to

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE BRIEFING AND HEARING ON UNITED
STATES' MOTION TO CHANGE VENUE

1

discuss the possibility of a negotiated resolution.

The parties have been engaged in settlement discussions and continue to discuss a potential resolution to this litigation. Those discussions would be aided by an additional fourteen-day continuance of the deadline for the United States to file its reply in support of the motion to change venue and the hearing on that motion. Accordingly, the parties jointly stipulate as follows and respectfully request that the Court adopt the schedule proposed below.

Hearing on the United States' motion to change venue (ECF 32) is continued to October 11, 2018, at 8:30 a.m.

The United States' reply in support of its motion to change venue shall be filed on or before October 4, 2018.

This continuance is made without prejudice to either party's position on the pending motion to change venue.

If the parties reach a negotiated resolution, they shall immediately file a notice to the Court pursuant to Local Rule 160.

Respectfully submitted,

Dated: September 19, 2018
McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Dated: September 19, 2018
COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Julia D. Greer (as authorized on September 19, 2018)*
JULIA D. GREER
Attorneys for Plaintiff J.I.

ORDER

The parties have jointly stipulated to continue the briefing schedule on the United States' motion to change venue (ECF 32) so they can continue settlement discussions. Good cause for the requested extension appears to exist. Accordingly, the hearing on the motion to change venue (ECF 32) is continued to October 11, 2018, at 8:30 a.m. The United States' reply in support of its motion is due on October 4, 2018. This continuance shall be without prejudice to either party's position with respect to the motion to change venue. If the parties reach a negotiated resolution, they shall immediately file a notice to the Court pursuant to Local Rule 160.

The Parties are warned that the Court will require a substantially more robust showing of cause for any future continuance of this nature.

IT IS SO ORDERED.

Dated: **September 21, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE