JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
LAURA R SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
Email: jknowles@cpdb.com
       jgreer@cpdb.com
       ef-lrs@cpdb.com

SEAN RIORDAN (State Bar No. 255752)
ANGÉLICA H. SALCEDA (State Bar No. 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: sriordan@aclunc.org
       asalceda@aclunc.org

Attorneys for Plaintiff J.I.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| J.I., an individual, | Case No. 1:18-cv-00363-LJO-SAB |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE BRIEFING AND HEARING ON DEFENDANT'S MOTION TO TRANSFER TO THE WESTERN DISTRICT OF TEXAS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff J.I. and defendant the United States are cognizant that, as detailed below, they have requested several continuances on the briefing and hearing of the United States' Motion to Transfer this action to the United States District Court for the Western District of Texas in order to engage in settlement discussions. Despite what may appear to be slow progress, however, the parties have been diligent in pursuing resolution. The parties have exchanged several settlement offers and counter-offers. Discussions have resulted in each party moving materially from their

original positions, and the parties believe that there is a reasonably high chance that they will be able to find a resolution to this litigation within the next ten days and file a notice to the Court pursuant to Local Rule 160. These discussions would be aided by an additional, short continuance of the deadline for the United States to file its reply in support of the motion to transfer the case. The parties anticipate that this will be the last continuance of this nature that they will request. Accordingly, the parties jointly stipulate as follows and respectfully request that the Court adopt the schedule proposed below.

Hearing on the United States' motion to transfer (ECF 32) is continued to October 22, 2018, at 8:30 a.m.

The United States' reply in support of its motion to transfer shall be filed on or before October 15, 2018.

This continuance is made without prejudice to either party's position on the pending motion to transfer.

**RELEVANT PROCEDURAL HISTORY:**

On July 27, 2018, the United States filed a motion to transfer this action to the United States District Court for the Western District of Texas. ECF 32.

On August 7, 2018, the Court stayed the limited discovery underway until the motion to transfer was resolved. ECF 39.

On August 13, 2018, plaintiff J.I. filed an opposition to the motion to transfer. ECF 40.

On August 20, 2018, the Court approved the parties' stipulation to continue the deadline for the United States to file a reply in support of the motion to transfer to September 13, 2018, and the hearing on that motion until September 20, 2018, at 8:30 a.m., so the parties could discuss the possibility of a negotiated resolution to this litigation.

On September 14, 2018, the Court approved the parties' stipulation to continue the deadline for the United States to file a reply in support of the motion to transfer to September 20, 2018, and the hearing on that motion until September 27, 2018, at 8:30 a.m., so the parties could continue to discuss the possibility of a negotiated resolution.

On September 21, 2018, the Court approved the parties' stipulation to continue the

deadline for the United States to file a reply in support of the motion to transfer to October 4, 2018, and the hearing on that motion until October 11, 2018, at 8:30 a.m., so the parties could continue to discuss the possibility of a negotiated resolution.

**STIPULATION:**

As noted above, parties jointly stipulate as follows and respectfully request that the Court continue the hearing on the United States' motion to transfer (ECF 32) to October 22, 2018, at 8:30 a.m.; the filing deadline for the United States' reply in support of its motion to transfer to on or before October 15, 2018; and that this continuance be made without prejudice to either party's position on the pending motion to transfer.

DATED: October 3, 2018          COBLENTZ PATCH DUFFY & BASS LLP


By:      /s/ *Jeffrey G. Knowles*
         Jeffrey G. Knowles
         Attorneys for Plaintiff J.I.

DATED: October 3, 2018          McGREGOR W. SCOTT
                                United States Attorney


By:      /s/ *Philip A. Scarborough* (as authorized on October 3, 2018)
         PHILIP A. SCARBOROUGH
         Assistant United States Attorney

## ORDER

The parties have jointly stipulated to continue the briefing schedule on the United States' motion to transfer this case to the United States District Court for the Western District of Texas (ECF 32) so they can continue settlement discussions. Good cause for the requested extension appears to exist. Accordingly, the hearing on the motion to transfer (ECF 32) is continued to October 22, 2018, at 8:30 a.m. The United States' reply in support of its motion is due on October 15, 2018. This continuance shall be without prejudice to either party's position with respect to the motion to transfer. If the parties reach a negotiated resolution, they shall immediately file a notice to the Court pursuant to Local Rule 160.

IT IS SO ORDERED.

Dated: **October 9, 2018**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE