# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| J.I., | Case No. 1:18-cv-00363-LJO-SAB |
|---|---|
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO TERMINATE JULIA HARUMI MASS AS COUNSEL OF RECORD FOR PLAINTIFF |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | (ECF No. 50) |

Plaintiff J.I. filed this action against the United States and several Customs and Border Protections Officers on March 15, 2018. On October 15, 2018, a notice of withdrawal of Julia Harumi Mass as counsel for Plaintiff was filed by American Civil Liberties Union Foundation of Northern California. Plaintiff remains represented by other counsel in this action. Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Julia Harumi Mass as counsel for Plaintiff in this matter.

IT IS SO ORDERED.

Dated: **October 17, 2018**

UNITED STATES MAGISTRATE JUDGE

1