JEFFREY G. KNOWLES (SBN 129754)
JULIA D. GREER (SBN 200479)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street
San Francisco, CA 94104-5500
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
jknowles@cpdb.com
jgreer@cpdb.com

SEAN RIORDAN (SBN 255752)
ANGÉLICA H. SALCEDA (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
sriordan@aclunc.org
asalceda@aclunc.org

Attorneys for Plaintiff J.I.

McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | CASE NO. 1:18-CV-00363-LJO-SAB<br><br>NOTICE OF SETTLEMENT AND REQUEST FOR STAY AND [PROPOSED] ORDER |

NOTICE OF SETTLEMENT AND REQUEST FOR STAY AND [PROPOSED] ORDER    1

Pursuant to Local Rule 160, Defendants inform the Court that the parties have reached agreement on the terms of a negotiated resolution to this case. The parties request that the court enter a stay of all pending deadlines and allow the parties ninety (90) days to prepare a formal settlement agreement and file dispositional documents with the Court pursuant to Local Rule 160(b). A proposed order is included below.

Dated: _____  COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Julia D. Greer*
JULIA D. GREER
Attorneys for Plaintiff J.I.

Dated: October 17, 2018  McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

[PROPOSED] ORDER

The parties have filed a notice that they have reached agreement on the terms of a negotiated resolution to this litigation. Accordingly, all pending deadlines in this matter are stayed while the parties prepare a formal settlement agreement and dispositional documents. The parties shall file disposition documents by January 15, 2019.

IT IS SO ORDERED.

Dated: _____  _____
UNITED STATES CHIEF DISTRICT JUDGE