# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00363-LJO-SAB<br><br>ORDER GRANTING REQUEST FOR STAY OF PROCEEDINGS<br><br>(ECF No. 54)<br><br>DEADLINE: JANUARY 15, 2019 |

On October 18, 2018, the parties filed a notice that they have reached agreement on the terms of a negotiated resolution to this litigation, and filed a stipulated request to stay all pending deadlines in this matter while the parties prepare a formal settlement agreement and dispositional documents. (ECF No. 54.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request to stay the action is GRANTED;

2. All pending matters and deadlines in this action are VACATED; and

3. The parties shall file dispositional documents by January 15, 2019.

IT IS SO ORDERED.

Dated: **October 19, 2018**

UNITED STATES MAGISTRATE JUDGE

1