# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-00363-LJO-SAB <br><br> ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 56) <br><br> DEADLINE: APRIL 15, 2019 |

On October 19, 2018, the Court granted a request to stay all pending deadlines in this matter while the parties prepared a formal settlement agreement and dispositional documents, and ordered the parties to file such dispositional documents on or before January 15, 2019. (ECF No. 55.) On January 14, 2019, due to delay in processing the payment from the government Defendant to the Plaintiff, including delay due to the lapse in appropriations caused by the federal government shutdown, the parties filed a stipulation requesting the deadline to file dispositional documents be extended until April 15, 2019. (ECF No. 56.)

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents by April 15, 2019.

IT IS SO ORDERED.

Dated: **January 14, 2019**

_____
UNITED STATES MAGISTRATE JUDGE