JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663
Email: jknowles@cpdb.com
        jgreer@cpdb.com


SEAN RIORDAN (State Bar No.  255752)
ANGÉLICA H. SALCEDA (State Bar No.  296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email: sriordan@aclunc.org
        asalceda@aclunc.org


Attorneys for Plaintiff J.I.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J.I., an individual, | Case No. 1:18-cv-00363-LJO-SAB |
| Plaintiff, | **JOINT STIPULATION TO DISMISS REMAINING CLAIMS** |
| v. | |
| UNITED STATES, | Judge:     Lawrence J. O'Neill |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties submit this joint motion in order to stipulate to the dismissal with prejudice of all claims in the above captioned case, based on the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 between Plaintiff and Defendant United States of America that became effective on November 7, 2018.

Counsel for Plaintiff certifies that the content of this document is acceptable to counsel for Defendants and said counsel has provided authority to affix his electronic signature.

Respectfully submitted,

Dated: February 22, 2019          By:    /s/ *Angélica Salceda*
                                                 Angélica Salceda
                                                 Attorney for Plaintiff J.I.


Dated: February 22, 2019          By:    /s/ *Philip A. Scarborough*
                                                 Philip A. Scarborough
                                                 Attorney for the United States